NUMBER 13-06-583-CR


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________


JOHNATHAN TODD HENDERSHOTT, Appellant,


v.



THE STATE OF TEXAS, Appellee.

_______________________________________________________


On appeal from the 36th District Court 


of Aransas County, Texas.


_______________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Castillo, and Garza


Memorandum Opinion Per Curiam



 Appellant, JOHNATHAN TODD HENDERSHOTT, attempted to perfect an appeal
from a judgment entered by the 36th Dist rict Court of Aransas County, Texas, in
cause number A-06-5055-CR. Appellant has filed a motion to dismiss the appeal. The
motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and 

filed this the 16th day of November, 2006.